UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER MCCOTTRELL,

          Petitioner,

    v.

ROBERT L. AYERS, JR,
Warden,

          Respondent.
_____/

No. C 07-1089 PJH

**JUDGMENT**

     Pursuant to the order dismissing McCottrell's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge